UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. 6:16-cr-00145 |
| | * 18 U.S.C. § 1001(a)(3) |
| VERSUS | * 18 U.S.C. § 2 |
| | * JUDGE DRELL |
| WOOD GROUP PSN, INC. | * MAGISTRATE JUDGE HANNA |

BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

False Writings or Documents

18 U.S.C. § 1001(a)(3)
18 U.S.C. § 2

Beginning on or about the 30th day of April, 2011, and continuing until the 11th day of July, 2014, in the Western District of Louisiana and elsewhere, the defendant, WOOD GROUP PSN, INC., hereinafter "WGPSN," through certain employees in its Cameron, Louisiana office, did willfully and knowingly make and use false writings and documents, knowing the same to contain materially false, fictitious, and fraudulent statements and entries in a matter within the jurisdiction of the executive branch of the Government of the United States, by operation of WGPSN;s Creole Loop inspection and maintenance services, where, on at least

eighty-seven (87) occasions, WGPSN did in fact fail to inspect and maintain facilities on the Outer Continental Shelf, when said facilities were subject to environmental and safety regulation under the laws and regulations of the United States, and during the alleged period and in relation to the failed safety inspections, WGPSN, through certain employees in its Cameron, Louisiana office, made multiple false statements, false writings and false documents indicating the facilities had been properly inspected and maintained, and said writings and documents were filed and required to be maintained pursuant to federal laws and regulations, with those WGPSN employees well knowing and believing the facilities had not been inspected or maintained, and that the statements, writings and documents presented to Bureau of Safety and Environmental Enforcement (BSEE) inspectors were false, all in violation of Title 18, United States Code, Section 1001(a)(3) [18 U.S.C. § 1001(a)(3)].

STEPHANIE A. FINLEY
United States Attorney

By: *[signature]*

MYERS P. NAMIE (Bar No. 29359)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618