## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**       *      **CRIMINAL NO. 6:16-CR-00145-01**

**VERSUS**      *      **JUDGE DRELL**

**WOOD GROUP PSN, INC. (01)**      *      **MAGISTRATE JUDGE HANNA**

## REPORT AND RECOMMENDATION
## ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the duly authorized representative of the corporate defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change of plea hearing and allocution of the defendant, Wood Group PSN, Inc., on August 10, 2016.  The corporate defendant's duly authorized representative and general counsel, Martin McIntyre, was present in court, along with the corporation's counsel, Kyle Sonekas and Nadira Clarke.

After the hearing, and for the reasons orally assigned, it is the finding of the undersigned that the defendant's representative is duly authorized and fully competent, that the plea of guilty is knowing and voluntary, and that the guilty plea to Count One of the Bill of Information is fully supported by a written factual basis for each of the essential elements of the offense.

Additionally, the defendant voluntarily waived the fourteen day objection period that would otherwise be available under 28 U.S.C. § 636.  (Rec. Doc. 15).

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Wood Group PSN, Inc., in accordance with the

terms of the plea agreement filed in the record of these proceedings, and that Wood Group PSN, Inc.

be finally adjudged guilty of the offense charged in Count One of the Bill of Information.

THUS DONE AND SIGNED in chambers, at Lafayette, Louisiana, on August 18, 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE