UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION
Held in Lafayette

**UNITED STATES OF AMERICA**           **CASE NO. 6:16-CR-00145-01**

**VERSUS**                             **CHIEF JUDGE DRELL**

**WOOD GROUP P S N INC (01)**          **MAGISTRATE JUDGE HANNA**

MINUTES OF COURT:
Sentencing

| Date: | February 23, 2017 | Presiding: | Chief Judge Dee D. Drell |
|---|---|---|---|
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 2:00 p.m. | Court Reporter: | Gayle Wear |
| Statistical Time: | 00:30 | Courtroom: | CR1 |

**APPEARANCES**

| Myers P Namie   (AUSA) | For | United States of America |
|---|---|---|
| Nadira Clarke   (RET) | For | Wood Group P S N Inc (01), Defendant |
| Lily N. Chin   (RET) | For | Wood Group P S N Inc (01), Defendant |
| Glen Donath   (RET) | For | Wood Group P S N Inc (01), Defendant |
| William Gibbens (RET) | | Wood Group P S N Inc (01), Defendant |
| Wood Group P S N Inc (01), Defendant | | |

**PROCEEDINGS**

**PROCEEDINGS**:

Sentencing Hearing
Defendant advised of the right to appeal

**FILINGS:**

Compliance Agreement

**Sentence as to Count 1 of the Bill of Information**:   The Company is placed on organizational Probation for 3 years;  Fine: $7,000,000.00; Interest: Waived; Assessment of $400, due immediately.

**Special Conditions of Probation**: (1) The company agrees that it shall not commit any further criminal violations, including those federal laws and regulations for which primary enforcement has been delegated to state authorities. (2) Wood Group PSN, Inc. shall enter into a compliance agreement with the Environmental Protection Agency (EPA) and the Department of Interior (DOI) for the durations of the probationary period. As part of the compliance agreement, Wood Group PSN, Inc. agrees to make restitution owed to its customers due to its failure to inspect facilities, pursuant to its obligations. (3) The company shall notify the Probation Officer within 72 hours of any criminal prosecution against it or knowledge by an executive officer of any referral for potential criminal prosecution and any issues with violation of agreement. (4) The company shall designate an official of the organization to act as the organization's representative and to be the primary contact with the U. S. Probation Office. (5) The company shall provide written notice to the government, BSEE, and the U. S. Probation Office ten days prior to any of the following: (i) any change in its corporate name, (ii) any change in the principal business location or mailing address. (6) No change in name, business reorganization, bankruptcy, change in ownership or control of the company, merger, change in legal status, purchase of assets, or similar action shall alter or diminish the company's obligations under this probationary period.  The company further agrees that it will not engage in any business reorganization, transfer of ownership, corporate dissolution, or other business practice, including the sale or transfer of assets, in order to avoid the obligations set forth in this judgment. (7) Wood Group PSN, Inc. shall pay $500,000.00 in community service according to the joint proposed community service plan.  Wood Group PSN, Inc. shall not seek to have payment of community service considered tax deductible, nor shall it make any public statements classifying said payments as voluntary contributions, nor will it see to gain any benefit in other claims or litigation.