AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

RECEIVED
MAR - 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT

District of     LAFAYETTE

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Organizational Defendants) |
| WOOD GROUP P S N INC. | CASE NUMBER:    6:16-CR-00145-01 |

**THE DEFENDANT ORGANIZATION:**

Defendant Organization's Attorney   Nadira Clarke, Lily Chin, Glen Donath & Williams Gibbens

- [X] pleaded guilty to count(s)   one
- [ ] pleaded nolo contendere to count(s) ____ which was accepted by the court.
- [ ] was found guilty on count(s) ____ after a plea of not guilty.

The organizational defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1001.F | Statements Or Entries Generally-False Writing Or Documents | 07/14/2014 | I |

The defendant organization is sentenced as provided in pages 2 through    5    of this judgment.

- [ ] The defendant organization has been found not guilty on count(s) ____
- [ ] Count(s) ____ is [ ] are dismissed on the motion of the United States.

It is ordered that the defendant organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

Defendant Organization's Federal Employer I.D. No.: ____

Defendant Organization's Principal Business Address:

COPY SENT:
DATE: 3-8-16
BY: gbl
TO: USPO  USM
Namie w/ SOR
Clarke w/ SOR

Defendant Organization's Mailing Address:

Date of Imposition of Judgment   February 23, 2017

Signature of Judge

Name and Title of Judge   DEE D. DRELL, United States District Judge

Date   3/4/17

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 1

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page 2 of 5

DEFENDANT ORGANIZATION:   WOOD GROUP P S N INC
CASE NUMBER:   6:16-CR-00145-01

## PROBATION

The defendant organization is hereby sentenced to probation for a term of : 3 years, to run concurrently with case number 6:16-cr-00192

The defendant organization shall not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;
2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;
4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;
5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;
6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and
7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E   (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
         Sheet 2B —   Probation

Judgment—Page   3   of   5

DEFENDANT ORGANIZATION:   WOOD GROUP P S N INC
CASE NUMBER:   6:16-CR-00192-01

## SPECIAL CONDITIONS OF SUPERVISION

1. The company agrees that it shall not commit any further criminal violations, including those federal laws and regulations for which primary enforcement has been delegated to state authorities.
2. Wood Group PSN, Inc. shall enter into a compliance agreement with the Environmental Protection Agency (EPA) and the Department of Interior (DOI) for the durations of the probationary period. As part of the compliance agreement, Wood Group PSN, Inc. agrees to make restitution owed to its customers due to its failure to inspect facilities, pursuant to its obligations.
3. The company shall notify the Probation Officer within 72 hours of any criminal prosecution against it or knowledge by an executive officer of any referral for potential criminal prosecution and any issues with violation of agreement. The company shall also report any incidents of non-compliance.
4. The company shall designate an official of the organization to act as the organization's representative and to be the primary contact with the U. S. Probation Office.
5. The company shall provide written notice to the government, BSEE, and the U. S. Probation Office ten days prior to any of the following: (i) any change in its corporate name, (ii) any change in the principal business location or mailing address.
6. No change in name, business reorganization, bankruptcy, change in ownership or control of the company, merger, change in legal status, purchase of assets, or similar action shall alter or diminish the company's obligations under this probationary period. The company further agrees that it will not engage in any business reorganization, transfer of ownership, corporate dissolution, or other business practice, including the sale or transfer of assets, in order to avoid the obligations set forth in this judgment.
7. Wood Group PSN, Inc. shall pay $500,000.00 in community service according to the joint proposed community service plan. Wood Group PSN, Inc. shall not seek to have payment of community service considered tax deductible, nor shall it make any public statements classifying said payments as voluntary contributions, nor will it see to gain any benefit in other claims or litigation.

AO 245E    (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3 — Criminal Monetary Penalties

Judgment — Page 4 of 5

DEFENDANT ORGANIZATION:   WOOD GROUP P S N INC
CASE NUMBER:   6:16-CR-00145-01

## CRIMINAL MONETARY PENALTIES

The defendant organization must pay the following total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | Assessment | Fine | Restitution $ |
|---|---|---|---|
| TOTALS | $ 400.00 | $7,0000,000 | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS | $ | $ | |

☐ Restitution amount ordered pursuant to plea agreement    $ _____

☐ The defendant organization shall pay interest on restitution or a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X  The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   X  the interest requirement is waived for the   X  fine   X  restitution.

   ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | | Judgment — Page 5 of 5 |
|---|---|---|
| DEFENDANT ORGANIZATION: | WOOD GROUP P S N INC | |
| CASE NUMBER: | 6:16-CR-00145-01 | |

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ 7,000,400 due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance with ☐ C or ☐ D below; or

B ☐ Payment to begin immediately (may be combined with ☐ C or ☐ D below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☒ Special instructions regarding the payment of criminal monetary penalties: In addition to the fine, and special assessment, the organization shall pay community service to in the amount of: $300,000 to West Cove Living Shoreline Project, payable to The Nature Conservancy, P.O. Box 4125, Baton Rouge, LA. 70821, ATT: Amy Smith Kyle; $100,000 to Barataria-Terrebonne National Estuary Program, payable to Barataria-Terrebonne National Estuary Program (BTNEP), 320 Audubon Drive, NSU North Babington Hall, Thibodaux, LA. 70301, ATT: Susan Testroet-Bergeron or Linda Tabor; $50,000 to Nature Conservancy (WDLA projects, Rockefeller WMA shoreline project/Oyster Restoration Proposal) payable to The Nature Conservancy, P.O. Box 4125, Baton Rouge, LA. 70821 ATT: Amy Smith Kyle; and $50,000 to the Southern Environmental Enforcement Network (SEEN), payable to Southern Environmental Enforcement Network Inc., 3950 Cobb Parkway, NW, Suite 703, Acworth, GA 30101, ATT: Michael J. Daniels.

All criminal monetary penalties are made to the clerk of the court.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.